IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE M. DANIELS,

      Petitioner,               No. CIV S-08-1354 EFB P

   vs.

T. FELKER, Warden, et al.,

      Respondents.        ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

      Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: October 22, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE